■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MICHAELIDES, Appellant. [912 NYS2d 476]—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Raciti, J.), both imposed August 18, 2008, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Belen and Lott, JJ., concur.